UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 11-61881-Civ-Cohn/Seltzer

KATHRYN GREENE,                )
                               )
Plaintiff,                     )
                               )
v.                             )
                               )
STEVE SMITH, individually, and )
the CITY OF FORT LAUDERDALE,   )
a Florida Municipal corporation,)
                               )
Defendants.                    )
_____)

## ORDER GRANTING MOTION ALLOWING PARTY AND WITNESSES TO ENTER COURTHOUSE WITH CELLULAR TELEPHONES

THIS CAUSE is before the Court upon Defendants' Motion for Order Allowing Witnesses to Enter Courthouse with Cellular Telephones.

Accordingly, it is ORDERED AND ADJUDGED that Defendant, STEVE SMITH and witnesses CARLOS GUERRA and NICHOLAS ROLLINGS are allowed to bring a cell phone, even a camera cell phone, in the Fort Lauderdale

federal courthouse during the days of April 23, 24, 25, 26, and 27, 2012.

DONE AND ORDERED in chambers in Fort Lauderdale, Broward County, Florida, this 23rd day of April, 2012.

_____
JAMES I. COHN
United States District Judge

cc: Counsel of Record on CMM/ECF