UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-61881-CIV-COHN/Seltzer

KATHRYN GREENE,

    Plaintiff,

vs.

STEVE SMITH, individually, and the
CITY OF FORT LAUDERDALE, a
Florida municipal corporation,

    Defendant.
_____/

## NOTICE OF PROPOSED JURY INSTRUCTIONS

**THIS CAUSE** is before the Court upon completion of arguments regarding the jury instructions. Upon further review, the Court has decided to eliminate two paragraphs on page 10, "False Arrest Claim Under Florida Law," because the Court had also determined on the record under Rule 50 that Plaintiff had met the element of "intentional restraint." A full set of the instructions is attached to this Notice, including the added language regarding obstruction of justice, and an additional change to paragraph two on page 10 (striking the words "deny the claim, and also").

**DONE AND ORDERED** in chambers in Fort Lauderdale, Broward County, Florida, this 26th day of April, 2012.

_____
JAMES I. COHN
United States District Judge

cc:    Counsel of record on CM/ECF