UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61881-CIV-COHN/SELTZER

KATHRYN GREENE,

    Plaintiff,

vs.

STEVE SMITH, individually, and the
CITY OF FORT LAUDERDALE, a
Florida municipal corporation,

    Defendants.
_____/

## FINAL JUDGMENT TAXING FEES AND COSTS

**THIS CAUSE** is before the Court upon the parties' Stipulation for Entry of Final Judgment for Attorney's Fees and Costs [DE 56]. The Court having reviewed the parties' stipulation, it is **ORDERED AND ADJUDGED** that Judgment for fees and costs is hereby entered in favor of Plaintiff Kathryn Greene, and against Defendant Steve Smith and Defendant City of Fort Lauderdale, a Florida municipal corporation. Plaintiff shall recover $59,185.00 in attorney's fees from Defendant Steve Smith, plus interest thereon at the rate of 0.18% per annum from the date of this Final Judgment, for which let execution issue. Further, Plaintiff shall recover $3,490.90 in costs from Defendants Steve Smith and the City of Fort Lauderdale, jointly and severally, plus interest thereon at the rate of 0.18% per annum from the date of this Final Judgment, for which let execution issue.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of June, 2012.

_____
JAMES I. COHN
United States District Judge

Copies to:

Counsel of record via CM/ECF